IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 09 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

JACKIE OSBORNE,

    Plaintiff, Pro Se

vs.

PLACER COUNTY DEPARTMENT OF

HUMAN SERVICES & PEOPLE OF THE

STATE OF CALIFORNIA et.al DOES 1-100

    Defendant(S)

CIVIL ACTION NO.: 2:23cv114-HSO-BWR

**COMPLAINT**

**JURY TRIAL REQUESTED**

COMES NOW, Plaintiff, JACKIE OSBORNE, ON BEHALF OF HERSELF, AND SUE THE Defendant(s), People of The State of California and Placer County Department of Human Services for Wrongfully Accused, Conspiracy, Discrimination, Intentional Infliction of Emotional Distress, Lack of Due Process, Libel/Defamation, Unauthorized Misappropriation of Funds, Extortion/Robbery and Fraud alleges as follows:

Plaintiff brings this action against Defendant(s) for any wages, salary, or other compensation denied or lost to Plaintiff by reason of the violation including the interest on the amount owed Plaintiff calculated at the prevailing rate, liquidated damages, reasonable attorney's fees costs and for all other general and equitable relief to which the Plaintiff is entitled.

**Basis for Jurisdiction**

Jurisdiction is proper in this court pursuant to United States District Court Statutes, under 28 U.S.C. 1331, Under 28 U.S.C. 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 a diversity of citizenship case.

Plaintiff, JACKIE OSBORNE, alleges:

Plaintiff is, and at all relevant times mentioned was, a resident of Sumrall, Mississippi, Lamar County.

Plaintiff brings forth a Civil Action against Defendant(s) People of the State of California and Placer County Department of Human Services.

## VENUE

Defendant(s) a California company, is now, and at all relevant times mentioned was, a business organized and existing under the laws of California, with its principal place of business located in Roseville, California et al. People for the State of California filed criminal complaint against Plaintiff on or about April 08, 2022, while she was residing in Sumrall, Mississippi. Venue is proper in this Court because it is where the Plaintiff resided at the time of the allegations of said charges.

## STATEMENT OF CLAIM

On or about January 10, 2021, Placer County Department of Human Services Program Integrity Unit Specialist Suzette Bodiot contacted Plaintiff making claim that on or about 2016-2022 Cal Fresh Division for the Department of Human Service made an error and over-issued Plaintiff SNAP/Food Stamp Benefits that was equivalent to approximately $875.00 and demanded the return of the Food Stamp Benefits in cash value of $875.00. Plaintiff explained to Ms. Bodiot the Food benefits were issued to her in care of Plaintiff granddaughter who was in her care and having major medical problems with baby formula. The Food benefits were used to subsidize the high cost of baby formula, which the Plaintiff could not afford at the time. Plaintiff continued to explain that her daughter had suffered postpartum depression after the birth of her child and was residing in Plaintiff home with no source of income. Plaintiff asked Ms. Bodiot to provide her with supporting detail to support the $875 alleged over issuance payments, when she was only given Food benefits that was *NOT* equivalent to cash, she agreed to provide the information. Several weeks following the conversation MS Bodiot returned with a new claim this time she asks Plaintiff to explain a business reporting in her name grossing approximately 200k. Plaintiff explained the 501C (1) Non-Profit business was part of a collaboration to help reform the prison system in Mississippi and California. Plaintiff provided Ms. Bodiot with the details of the day-to-day operation of the business and copies of all the tax returns (prepared by a CPA not related to Plaintiff or the company) and Plaintiff never heard from Ms. Bodiot until much later. Several months later Ms. Bodiot returned stating Placer County Department of Human Services determined the Food Benefit had the same value as cash and therefore Plaintiff would have to pay back the Food Benefits in the form of cash and if the Plaintiff refused to return the funds, they could increase the amount owed. Plaintiff disagreed with her antics and ask Ms. Bodiot for the procedure in requesting an administrative hearing.

### First Cause of Action: Libel/Defamation

Now comes March 3, 2021, Placer County Department of Human Services make claim Plaintiff committed fraud on or about April 2016 when she failed to report a Non-Profit business in her name and

committed Perjury when Placer County Department of Human Services issued Food Stamps benefits to her on behalf of her granddaughter and other allegiantly non-qualifying members of her family. The Defendant(s) tarnished and brought shame to Plaintiff in her community and place of business when they openly accused her of a hideous crime of being a thief and a liar. The Defendant(s) alleged the Plaintiff committed a felony and perjury and provided no evidence to support their claim and had a 50k dollar warrant issued for her arrest with no evidence supporting the warrant or these false allegations against her. The Plaintiff neighbors contacted her stating investigators were asking the neighbors about her and one of the drivers in the trucking company. The Defendant(s) brought shame, humiliation and defamed the plaintiff character by evading her rights to privacy.

## Second Cause of Action: Fraud

Placer County Department of Human Service (SNAP, EBT, Food Stamp Division) willingly mis-represented facts regarding Plaintiff business relationship with Focus Trucking Company, LLC (a 501C (1) Non-Profit Company) to Placer County District Attorneys' Offices and the amount of food stamps benefits the Plaintiff received from the Department. Placer County initial claim was $875.00 worth of food stamp benefits, but after a volatile hearing scheduled on 11/21 with a Placer County Administrative Law Judge (ALJ) the amount increased to over $130k in Benefits. The Defendant(s) now claim Plaintiff received benefits from Placer County Department of Human Services in an amount that constitutes a felony and perjury. These lies eventually resulted in the closure of Focus Trucking Company, denial of critical benefits used to support Plaintiff family, tarnishing her reputation in the community, causing Plaintiff to live in a constant state of fear of what would come next and eventually the issuance of a 50k dollar warrant for her arrest.

## Third Cause of Action: Conspiracy

On or about November 23, 2021, after Plaintiff third administrative hearing with Placer County Department of Human Services (SNAP/EBT, Food Program) Plaintiffs encounter an extremely negative and discriminative hearing with one of Placer County Administration Law Judges (ALJ). The ALJ turn off the recording during the hearing and threaten Plaintiff he could turn her life upside down, because she stated he was representing Placer County from the bench and his action was consider unlawful. On 11/23/21 a hearing was scheduled to address the over-issuance of SNAP/Food Stamp Benefits, instead the hearing turn into an attack on the Plaintiff Character. The ALJ did not address the over-issuance of benefit but instead focus on the profit and loss statement for Focus Trucking Company and Plaintiff son who attended The United States Air Force Academy Preparatory School. Placer County Department of Human Services Representative (Suzette Bodiot) present never spoke during the hearing and the ALJ presented the case for the County and ended the hearing, never allowing Plaintiff the opportunity to be heard. Placer

County Human Services conspired with Placer County DA to concoct a criminal case against Plaintiff and retaliated against her because she stated The ALJ behavior was unbecoming for an Officer of the Courts.

**Fourth Cause of Action: Intentional Infliction of Emotional distress and Misappropriation of Funds**
On or about December 2021 Placer County Department of Human Services intercepted Plaintiff SDI and Survival Spousal benefit with the intent to inflict emotional stress and financial harm. Placer County Department of Human Service decided without notice and without Due Process to garnish Plaintiff extremely limited financial resources. Shortly after the 11/23/21 hearing Plaintiff began receiving garnishment on all her bank accounts leaving her with no funds and inflicting severe emotional stress. Although Plaintiff was able to have the IRS, Franchise Tax Board and a few other entities return her funds none of the government entities was able to provide Plaintiff with information as to who and why these garnishments occurred, since the Plaintiff had no outstanding tax debt with the entities. Plaintiff still has not been able to revel those individuals responsible for having her funds seize. The unclean hands of the individuals responsible can only be assumed to be someone greatly connected in the Judicial Community.

The Defendant(s) are currently garnishing Plaintiff Social Security Disability Benefits and refuses to respond to her repeated request to cease with their collection efforts until the merits of the case is determine through the courts. The Defendant(s) states Plaintiff was given 130k in benefits but has never provided any information to support these allegations. Defendant(s) has taken upon themselves to be the Prosecutor, Judge and Jury without Due Process under the law. Defendant(s) have yet to determine the actual cash value for the Food Stamp Benefits they alleged they provided Plaintiff on or about 2016-2021.

**Fifth Cause of Action: Due Process/Discrimination**
Defendant(s) is currently garnishing Plaintiff SDI and Survival Spousal Benefits without Due Process under the law. On or about November 25, 2021, during an administrative hearing to determine if Plaintiff owe the over-issuance payments alleged by Defendant(s). Placer County ALJ ended the hearing before allowing Plaintiff to testify at the hearing and used comment such as "you people" to describe the Plaintiff doing the hearing. On or around 12/21/2021 Defendant(s) began garnishing Plaintiff Social Security disability and Survival Spousal benefits, and Plaintiff was never given notice of the garnishments or Due Process on the matter. Therefore, putting Plaintiff at risk of foreclosure. Plaintiff continued to explain to the Defendant(s) Food Stamps/EBT, SNAP do not hold the same monetary value as US currency. Nevertheless, the Defendant(s) decided for themselves the value is the same and has chosen to engage in Extortion. Civil penal code 519; 18U.S.C. 872.1951(2022) which is a direct violation of the Hobbs Act and should not go unpunished. Plaintiff has repeated requested the Defendant(s) to cease with their unfounded collection efforts against her and they have repeatedly ignored her request.

### Sixth Cause of Action: Extortion

Placer County Department of Human Services eligibility worker threaten Plaintiff that if she refused to repay the $875.00, in Food Stamp Benefits Placer County would increase her debt to the Department of Human Services and they delivered on their promise. Placer County ALJ stated he would turn Plaintiff life upside down and he too delivered on his promise. Defendant(s) concocted damaging lies to forcefully take Plaintiff funds causing irreversible financial harm and shame to the Plaintiff among her peers, family, friends, and business associates.

### Seventh Cause of Action: Wrongfully Accused

On June 9, 2022, on Plaintiff birthday an unsubstantiated warrant was issued for Plaintiff arrest at an address the Defendant(s) knew she did not reside. The Defendant(s) knew the Plaintiff resided in Sumrall, MS because they were sending her correspondence at her home address. On or about June 9, 2023, Plaintiff again was summoned to appear in court on a 50k dollar warrant. Plaintiff incurred unnecessary cost to travel to CA to get the warrant quash and for a preliminary hearing (that never took place) to address the erroneous felony and perjury charges filed against her. The warrant was quashed, and Plaintiff was provided a new preliminary hearing day to address the charges against her. Plaintiff appeared on July 20, 2023, and the matter was continued to allow for more investigation by the DA Office and was provided a new hearing day set for August 2023. The Defendant(s) according to the fourteen amendment has a legal obligation under the law to officially charge Plaintiff, with supporting evidence, of a crime they alleged Plaintiff has committed. As of to date, Defendant(s) has yet to officially charge Plaintiff of a crime, yet the Defendant(s) continue to disrupt Plaintiff life by garnishing her wages. It is the Plaintiff Constitutional Rights to be free from discrimination, retaliation, abuse of authority, mental anguish, libel, and extortion of her funds.

Placer County Department of Human Services has not responded to any of the plaintiff demand for the return of her funds and has simply done everything imaginable to *escape liability*.

WHEREFORE Plaintiff request:
1. Judgment against defendant(s) in the amt.
    In damages claimed by the Defendant(s)           $130,680.00
2. Holdover damages/Prejudgment Interest (monthly @ 10%) $16,280.00
3. Treble/Punitive Damages pursuit to Statue           $2,678,000.00
4. Cost of suit, Court Cost and Legal fees
5. Such other and further relief as the court deems proper.

Plaintiff has clearly objected to the company's misappropriation of her disability payments which violates several laws, rules, and regulations including but not limited to Civil RICO statue – the Civil Remedies for Criminal Practices Act or "CRCPA"), seq. (California General Theft Statue).

Dated: AUGUST 9, 2023, By [signature]

JACKIE OSBORNE Pro Se

155 OID HWY 24
Sumrall, MS 39482
916/546-0056

## Certificate of Service

I, the undersigned process server, do hereby certify that I have this day served, via certified delivery mail a true and correct copy of a complaint to Defendant(s) counsel of record and Placer County Department of Human Services County Executive Officer MS. Jane Christenson.

People of The State of California
Morgan B. Gire
District Attorney
State Bar No. 205889
Placer County District Attorney's Office
10810 Justice Center Drive, Suite 240
Roseville, CA 95678-6231

Clerk of the Board
Placer County Department of Human Services
County Executive Officer: Jane Christenson
175 Fulweiler Ave
Auburn, CA 95603

Jacinta Kelley _Jacinta Keely_    Dated 8/9/23
Sent Via Certified Mail