IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **JACKIE OSBORNE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 2:23-cv-114-HSO-BWR |
| | § | |
| **PLACER COUNTY, CALIFORNIA; DOES 1-100** | § | **DEFENDANTS** |

## FINAL JUDGMENT

THIS MATTER came before the Court on Defendant Placer County, California's Motion [22] to Dismiss on grounds that Plaintiff Jackie Osborne did not properly serve it, and that the Court lacks personal jurisdiction over it. In accordance with the Court's Order entered herewith, and in accordance with the Court's previous Order [17] Dismissing Plaintiff Jackie Osborne's Claims Against Defendant People of the State of California for Lack of Subject-Matter Jurisdiction, the Court hereby enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 27th day of March, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE